DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SIMON SHERMAN,**
Appellant,

v.

**MICHAEL FAGAN,**
Appellee.

No. 4D2025-1121

[June 4, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 062022CA001294AXXXCE.

Elijah Abraham Levitt and Salvatore Fazio of 500law, Fort Lauderdale, for appellant.

Diana E. Rafael and Jonathan Andres Fernandez of Cole Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***